**Denied and Opinion Filed December 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01507-CV

### IN RE COMELLA BROWN, Relator

**Original Proceeding from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. CV-19C-140**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Evans
Opinion by Justice Evans

Before the Court is relator's December 9, 2019 petition for writ of mandamus to direct the trial court to vacate its December 2, 2019 judgment of possession in the underlying eviction suit. To be entitled to mandamus relief, relator must show both that the trial court has clearly abused its discretion and that relators have no adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the mandamus record, we conclude relator has not shown she is entitled to the relief requested.

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the

relief sought).

/s/ DAVID EVANS
JUSTICE